No. 81–5817.   PHILLIPS *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5832.   MCGOVERN *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 81–5833.   RAVASANI-ASL *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 81–5837.   DARLAND *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 81–5841.   SABIR *v.* RAINIER NATIONAL BANK.   C. A. 9th Cir.   Certiorari denied.

No. 81–5846.   ARMSTRONG *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–5853.   WALKER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.